IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TARIQ RASHID, J.R. WORLDWIDE
LIMITED CORP. A/K/A JR
WORLDWIDE, LTD.,

      Appellant,

 v.

SIMON JAN KLAPWIJK A/K/A
S.J. KLAPWIJK,

      Appellee.

_____/

Case No.  5D21-2350
LT Case Nos.  2019-CA-008890-O
               2019-CA-008887-O

Decision filed November 1, 2022

Nonfinal Appeal from the Circuit Court
for Orange County,
Denise Beamer, Judge.

Michael M. Brownlee, of
Brownlee Law Firm, P.A.,
Orlando, for Appellant.

James J. McGuire, Mark R.
Caramanica, and Daniela B.
Abratt, of Thomas & LoCicero
PL, Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.